# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:25-cr-20543-JEL-KGA-2 |
| | ) | |
| v. | ) | Hon. Judith E. Levy |
| | ) | |
| D-2  MARTIN PERLIN, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO PERMIT DR. PERLIN TO APPEAR REMOTELY

COMES NOW Defendant Martin Perlin, M.D. ("Dr. Perlin"), by and through undersigned counsel, and respectfully moves this Honorable Court for permission to appear remotely via Zoom or Microsoft Teams at the upcoming motion hearing scheduled in this matter. In support of this Motion, Defendant states as follows:

1.  An in-person hearing on Dr. Perlin's Motion to Modify Conditions of Release is scheduled for Wednesday, March 11, 2026 at 3:30 p.m. at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.

2.  Dr. Perlin currently resides in the State of Connecticut and would be required to travel a significant distance to attend the hearing in person.

3. Due to the distance involved and the logistical burdens associated with interstate travel, appearing remotely would allow Dr. Perlin to participate fully in the hearing without unnecessary hardship or expense.

4. Counsel for the Government was contacted regarding this motion and the relief requested herein on March 6, 2026 via email; as of this filing, the Government's position remains unknown.

WHEREFORE, Defendant Martin Perlin, M.D., respectfully requests that this Court enter an Order permitting him to appear remotely at the hearing scheduled for March 11, 2026.

Respectfully submitted,

Dated: 3/6/2026

s/ *Ronald W. Chapman II*
Ronald W. Chapman II, LL.M. (P73179)
THE CHAPMAN FIRM
456 E. Milwaukee Ave.,
Detroit, Michigan 48202
T: (346) 242-7626
ron@chapmanandassociates.com

*Attorney for Martin Perlin, M.D.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on 3/6/2026, I electronically filed the forgoing document with the clerk of court by using the CM/ECF system which will send the notice of electronic filing to all attorneys of record.

s/ <i>Ronald W. Chapman II</i><br>
Ronald W. Chapman II, LL.M. (P73179)